David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff
Ruth Morrissey

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUTH MORRISSEY,<br><br>  Plaintiff,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC; and DOES 1-10, inclusive,<br><br>  Defendant. | Case No. 2:13-CV-00894-APG-VCF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:    June 24, 2013

                    Respectfully submitted,

            By:   /s/David Krieger, Esq.
                    David Krieger, ESQ. (Nevada Bar No.9086)
                    HAINES & KRIEGER, LLC
                    5041 N. Rainbow Blvd.
                    Las Vegas, Nevada 89130
                    *Attorney for Plaintiff*